Priority _____
Send _____
Enter ✓
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

1  RUPERT A. BYRDSONG, ESQ. (#176365)
   BYRON MICHAEL PURCELL (#176410)
2  **IVIE, McNEILL & WYATT**
   A Professional Law Corporation
3  444 South Flower Street, Suite 1800
   Los Angeles, CA 90071
4  Telephone: (213) 489-0028
   Facsimile: (213) 489-0552
5
   Attorneys for Defendants CITY OF CULVER CITY and EXCHANGE CLUB OF
6  CULVER CITY

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  WILLIAM C. COHEN, an individual          )   CASE NO.:  CASE NO. CV12-0156
                                             )   RGK
13                                           )
                                             )
14            Plaintiff                      )   [PROPOSED] JUDGMENT
                                             )
15  vs.                                      )
                                             )
16                                           )
                                             )
17                                           )
    CITY OF CULVER CITY; EXCHANGE            )
18  CLUB OF CULVER CITY, a California        )
    corporation; CULVER CITY                 )
19  DOWNTOWN BUSINESS                        )
    ASSOCIATION, a California corporation    )
20  DRIVELINES, INC., a California           )
    corporation; and THE CULVER HOTEL, a    )
21  California corporation,                  )
                                             )
22                                           )
              Defendants,                    )
23  _____ )

24

25

26

27

28

1
2
3
4

This action came before the Court, Honorable Gary R. Klausner, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

5
6
7

**IT IS SO ORDERED AND ADJUDGED** that the Plaintiff take nothing, that the action be dismissed on the merits and that Defendants CITY OF CULVER CITY and EXCHANGE CLUB OF CULVER CITY recover their costs.

8
9
10

Dated:  DEC 2 8 2012

_Gary Klausner_
United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28