UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-156-RGK (PJWx) | Date | December 9, 2014 |
|---|---|---|---|
| Title | *WILLIAM C. COHEN V. CITY OF CULVER CITY ET AL.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS)** Order to Show Cause Re: Why This Action Should Not be Dismissed for Lack of Jurisdiction

Court records indicate that the only claims left in this matter are Claims 3 and 4, both of which are claims set forth under California law. As there appears to be no federal question or diversity jurisdiction, the Court orders the parties to show cause in writing why the Court should not decline to exercise supplemental jurisdiction and dismiss the action for lack of subject matter jurisdiction. The parties' responses shall not exceed **5 pages** each, and shall be filed no later than **Thursday, December 11, 2014** at **4:00 p.m.**

**IT IS SO ORDERED**.

:

Initials of Preparer